IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03056-MSK-MJW

DAVID W. RIVARD,
LEANNE RIVARD, individually and on behalf of their minor child,
CAMERON RIVARD,

Plaintiff(s),

v.

CAPTAIN RICH DURAN,
SERGEANT RICHARD ARMSTRONG,
TROOPER MARK BARRITT,
VERNE E. SOUCIE, and
JOHN DOES 1-5,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Temporary Stay (docket no. 14) is DENIED.  Nothing prevents the parties from settling their case at anytime.

Date:  April 26, 2012