IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03056-MSK-MJW

DAVID W. RIVARD,
LEANNE RIVARD, individually and on behalf of their minor child,
CAMERON RIVARD,

Plaintiff(s),

v.

CAPTAIN RICH DURAN,
SERGEANT RICHARD ARMSTRONG,
TROOPER MARK BARRITT,
VERNE E. SOUCIE, and
JOHN DOES 1-5,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Duran, Armstrong and Barritt's Motion to Stay Proceedings (docket no. 21) is MOOT and therefore DENIED since these Defendants have filed an Amended Motion to Stay Proceedings (docket no. 22) which is the operative motion.

It is FURTHER ORDERED that Plaintiffs shall have up to and including June 7, 2012, in which to file any response to Defendants' Duran, Armstrong and Barritt's Amended Motion to Stay Proceedings (docket no. 22).

Date:  May 25, 2012