IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03056-MSK-MJW

DAVID W. RIVARD,
LEANNE RIVARD, individually and on behalf of their minor child,
CAMERON RIVARD,

Plaintiff(s),

v.

CAPTAIN RICH DURAN,
SERGEANT RICHARD ARMSTRONG,
TROOPER MARK BARRITT,
VERNE E. SOUCIE, and
JOHN DOES 1-5,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate Scheduling Conference Pending Determination of State Defendants' Motion to Stay Discovery (docket no. 31) is GRANTED.  The Rule 16 Scheduling Conference set on June 7, 2012, at 10:30 a.m. is VACATED.

It is FURTHER ORDERED that the Stipulated Motion for Protective Order Regarding Confidential Information (docket no. 27) is GRANTED finding good cause shown.  The written Stipulated Protective Order Regarding Confidential Information (docket no. 31-1) is APPROVED as amended in paragraphs 4 and 12 and made an Order of Court.

Date:  May 31, 2012