IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03056-MSK-MJW

DAVID W. RIVARD,
LEANNE RIVARD, individually and on behalf of their minor child,
CAMERON RIVARD,

Plaintiff(s),

v.

CAPTAIN RICH DURAN,
SERGEANT RICHARD ARMSTRONG,
TROOPER MARK BARRITT,
VERNE E. SOUCIE, and
JOHN DOES 1-5,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is ORDERED that Defendants' Amended Motion to Stay Proceedings (docket no. 22) is GRANTED for the following reasons.  All discovery is STAYED until this court rules on the State Defendants' Motion to Dismiss (docket no. 20).

The Federal courts have broad discretion to control their own dockets, including issuing a stay of proceedings. See Clinton v. Jones, 520 U.S. 681, 706-07 (1997) (citing Landis v. North American Co., 299 U.S. 248, 254 (1936)). Discovery and other litigation activities should be stayed or limited as necessary to determine issues regarding immunity before reaching any other substantive issues. See e.g., Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992), cert. denied, 514 U.S. 1015 (1995) (discovery should not be allowed until the court resolves the legal issue necessary to determine the defendant's right to qualified immunity); Sawyer v. County of Clear Creek, 908 F.2d 663, 667 (10th Cir. 1990) ("A federal lawsuit is not a fishing expedition."; plaintiff is not permitted to conduct discovery in order to allege violation of clearly established right because discovery without sufficient allegations to support claim would defeat purpose of qualified immunity).  Accordingly, a stay of discovery under these circumstances is appropriate until this court rules on the State Defendants' Motion to Dismiss (docket no. 20).

Date:   June 8, 2012